1   Brian Hennessy (SBN 226721)
    E-mail: BHennessy@perkinscoie.com
2   **Perkins Coie LLP**
    101 Jefferson Drive
3   Menlo Park, CA 94025-1114
    Telephone:  (650) 838-4300
4   Facsimile:  (650) 838-4350

5   Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac vice*)
    E-mail: EMcDougall@perkinscoie.com
6   **Perkins Coie LLP**
    1201 Third Avenue, Suite 4800
7   Seattle, Washington 98101-3099
    Telephone: (206) 359-8000
8   Facsimile: (206) 359-9000

9   Attorneys for Plaintiff
    craigslist, Inc.

10

                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                     SAN FRANCISCO DIVISION
13

14

15  craigslist, Inc., a Delaware corporation,       Case No. **CV-08-05060 SC**

16                          Plaintiff,              **STIPULATION AND [PROPOSED] ORDER**
                                                    **GRANTING CRAIGSLIST LEAVE TO FILE**
17              v.                                  **ITS FIRST AMENDED COMPLAINT**

    John Doe d/b/a Adsoncraigs.com; and            Dept:      Courtroom 1, 17th Floor
18  Does 2 through 25, inclusive,                   Before:    Hon. Samuel Conti

19                          Defendants.

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER GRANTING CRAIGSLIST LEAVE TO FILE ITS FIRST
AMENDED COMPLAINT

1    WHEREAS, on November 5, 2008, craigslist, Inc. ("craigslist") filed this case against

2  Defendants John Doe d/b/a Adsoncraigs.com; and Does 2 through 25, inclusive, Defendants, for

3  various causes of action based on their operation of the website adsoncraigs.com, which sold

4  auto-posting software in violation of craigslist's terms of use.

5    WHEREAS, craigslist served Derek Boris as a Defendant in this action.

6    WHEREAS, Derek Boris filed an answer, alleging that Boris Group LLC is responsible

7  for the actions complained of in craigslist's complaint.

8    WHEREAS, pursuant to Federal Rule of Civil Procedure 15, Derek Boris has provided

9  craigslist written consent to amend its complaint to name Boris Group LLC.

10    Now therefore, the parties, through the undersigned counsel, hereby stipulate and agree

11  that craigslist shall file its First Amended Complaint (attached as Exhibit A hereto) within five

12  days of the Court executing this Stipulation and Order.

13    **IT IS SO STIPULATED.**

14

15  DATED:  September 29, 2009          **PERKINS COIE LLP**

16
                                       By: /s/ Brian Hennessy
17                                         Brian Hennessy (SBN 226721)
                                           BHennessy@perkinscoie.com
18                                         Elizabeth L. McDougall (WA Bar No. 27026)
                                           EMcDougall@perkinscoie.com
19
                                       Attorneys for Plaintiff
20                                     craigslist, Inc.

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER GRANTING CRAIGSLIST LEAVE TO FILE ITS FIRST
AMENDED COMPLAINT

1

2
DATED:  September 29, 2009          **PLUNKETT COONEY**

3
                                    By: /s/  Aaron B. Kendal

4                                        Aaron B. Kendal (MI Bar No 63021,
                                         Admitted *Pro Hac Vice*)
                                         akendal@plunkettcooney.com
5
                                    Attorneys for Doe Defendant
6                                   Derek Boris and Boris Group LLC

7       I, Brian Hennessy, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the

8   concurrence to the filing of this document has been obtained from each signatory hereto.

9   DATED:  September 29, 2009          **PERKINS COIE** LLP

10
                                    By: /s/ Brian Hennessy
11                                       Brian Hennessy (SBN 226721)
                                         BHennessy@perkinscoie.com
12
                                    Attorneys for Plaintiff
13                                  craigslist, Inc.

14
       **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
15
       **IT IS FURTHER ORDERED THAT** craigslist shall file its First Amended Complaint
16
    (attached as Exhibit A hereto) within five days of the Court executing this Stipulation and Order.
17

18  Dated: ___10/1/09___

19                                  _____
                                    Honorable
20                                  IT IS SO ORDERED
                                    Judge Samuel Conti
21

22

23

24

25

26

27

28
STIPULATION AND [PROPOSED] ORDER GRANTING CRAIGSLIST LEAVE TO FILE ITS FIRST
AMENDED COMPLAINT

# EXHIBIT A

Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone:  (650) 838-4300
Facsimile:  (650) 838-4350

Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac vice*)
E-mail: EMcDougall@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Plaintiff
craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| craigslist, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Boris Group, LLC, and Does 2 through 25, inclusive,<br><br>Defendants. | **Case No. CV 08-05060 SC**<br><br>**PLAINTIFF CRAIGSLIST, INC.'S FIRST AMENDED COMPLAINT FOR:**<br>**(1) COPYRIGHT INFRINGEMENT, 17 U.S.C. § 101, et seq.; (2) VIOLATION OF THE DIGITAL MILLENNIUM COPYRIGHT ACT, 17 U.S.C. § 1201; (3) VIOLATION OF THE COMPUTER FRAUD AND ABUSE ACT, 18 U.S.C. §1030; (4) VIOLATION OF CALIFORNIA PENAL CODE § 502; (5) TRADEMARK INFRINGEMENT, 15 U.S.C. §§ 1114 AND 1125(A); (6) TRADEMARK INFRINGEMENT UNDER CALIFORNIA LAW; (7) BREACH OF CONTRACT; (8) INDUCING BREACH OF CONTRACT; (9) INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS; AND (10) FRAUD;**<br><br>and<br><br>**DEMAND FOR JURY TRIAL.** |

40753-0043/LEGAL15220321.2

-1-

CV 08-05060 SC

FIRST AMENDED COMPLAINT

# I.      INTRODUCTION

1.      Defendants are engaged in the unauthorized copying and intentional abuse of craigslist for Defendants' own illicit profit at the expense of craigslist and legitimate craigslist users.  Their ongoing activities burden craigslist's operating systems and impede the free local online marketplace communities that craigslist provides and seeks to protect.  craigslist brings this action to stop Defendants' unauthorized and unlawful conduct, and to recover for the harm and expenses to craigslist already incurred.

2.      craigslist and its twenty-five employees operate the website, www.craigslist.org. The website provides online localized classified ad placements and related online services.

3.      craigslist serves millions of users in cities and communities around the world.

4.      Other than small fees for job postings in ten cities and brokered apartment rentals in New York City, craigslist provides its services to the public free of charge.

5.      craigslist is committed to providing users with a forum that is easy to use.  To this end, it has developed online communities based on simplicity, speed, and uncluttered user interface displays.

6.      craigslist presents users with simple lists of classified ads by category for geographic areas.  The ads are posted by other craigslist users.

7.      To post an ad, a user selects his or her geographic area, selects the appropriate category, and posts his or her ad.

8.      craigslist automatically places new ads at the top of the list of ads for the chosen category within the selected geographic area.  As new ads are posted, existing ads move progressively down the list.

9.      craigslist implemented this system to create a simple, fair and efficient organization of posted ads, and this system is a foundational pillar of craigslist's operation and service.

10.      craigslist protects this system through its Terms of Use ("TOUs") and security measures.

11.     craigslist's TOUs govern all uses of craigslist services and the craigslist website. The TOUs include specific prohibitions against repetitiously posting an ad, posting an ad in multiple categories, posting an ad in multiple geographic areas, and posting by automated means. The TOUs also expressly prohibit the use of any form of automated device or computer program that enables the submission of postings on craigslist without each posting being manually entered, including, specifically, the use of automated posting devices to submit postings in bulk or at regular automated intervals.

12.     craigslist protects its systems, services and users through numerous security measures.  These measures include technological barriers to prevent repetitious and miscategorized or mislocated postings, and to preclude posting by automation.

13.     Auto-posting software and services, including the software and services provided by Defendants, undermine craigslist's systems, organization and operation.  Defendants sell software and services that enable users to repetitiously post duplicative ads on craigslist, in multiple categories on craigslist, and in multiple geographic areas on craigslist, and that purposefully circumvent craigslist security measures to do so.

14.     In the course of these activities, Defendants have created copies of craigslist's copyrighted website and accessed craigslist's computer systems without and in excess of authorization.  Defendants' activities burden craigslist's computer systems and personnel resources; they impair the efficiency, fairness and simplicity of craigslist services; and they harm and interfere with craigslist's relationship, reputation and goodwill with legitimate craigslist users.

15.     Defendants have also boldly and illegally used the "craigslist" mark to advertise their unlawful software and services in sponsored links on the Internet.

## II.     JURISDICTION

16.     This Court has jurisdiction over this action pursuant to:

a.     28 U.S.C. §§ 1331 and 1338, because this action alleges violations of federal statutes, including 17 U.S.C. § 101, *et seq.,* 17 U.S.C. § 1201, 18 U.S.C. § 1030, and 15 U.S.C. §1114 *et seq*. and 1125(a);

b.     additionally or alternatively, 28 U.S.C. § 1332, because there may be complete diversity of citizenship between the parties which will be determined when the defendants are identified, and because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs; and

c.     28 U.S.C. § 1367 (supplemental jurisdiction), because the claims alleged under state law are so related to claims in this action over which this Court has original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

### III.     VENUE

17.     Venue is proper in this District under 28 U.S.C. § 1391, because a substantial part of the events or omissions giving rise to the claims occurred in this District, Defendants used craigslist's computers and services to transact their affairs, craigslist is located in this District, and a substantial part of craigslist's property, which was targeted and damaged by Defendants' acts, is situated in this District.

18.     In addition, the TOUs governing Defendants' access to and use of the craigslist website and craigslist's services provide that courts located within the county of San Francisco, California, shall have exclusive jurisdiction over the relationship between craigslist and Defendants.

19.     Intradistrict Assignment is proper in the San Francisco Division of this Court pursuant to Civil Local Rules 3-5(b) and 3-2(c) for the reasons stated above.

### IV.     THE PARTIES

20.     craigslist, Inc. is a Delaware corporation, with its principal and sole place of business in San Francisco, California.

21.     craigslist is informed and believes, and based thereon alleges, that Defendant Boris Group, LLC is a limited liability company with its principle place of business currently unknown to craigslist.

22.     Does 2-25 are persons or entities responsible in whole or in part for the wrongdoing alleged herein ("Doe Defendants").  craigslist is informed and believes, and based

thereon, alleges that each of the Doe Defendants participated in, ratified, endorsed, or was otherwise involved in the acts complained of, and that they have liability for such acts.  craigslist will amend this Complaint if and when the identities of such persons or entities and/or the scope of their actions become known.

23.     Defendants Boris Group, LLC and the Doe Defendants are referred to collectively in this Complaint as "Defendants."

### V.     FACTS GIVING RISE TO ALL CLAIMS FOR RELIEF

### A.     CRAIGSLIST BACKGROUND

24.     craigslist started in San Francisco, California, in 1995.  It was originally an email list by Craig Newmark about events in and around the San Francisco Bay Area for his friends and acquaintances.  However, it quickly gained in popularity and scope as a forum for free local online classified ads and incorporated in 1999.

25.     craigslist remains headquartered in San Francisco to date.  It has twenty-five employees, all in San Francisco, and the servers on which the craigslist websites operate are located primarily in San Francisco.

26.     Today, the craigslist website – www.craigslist.org – is world renown.  It provides free localized online classified ad services in over 500 cities in more than 50 countries, and is one of the most visited websites in the world.  In the United States, craigslist's website is visited more than 10 billion times by more than 30 million users each month.

### B.     CRAIGSLIST'S WEBSITE AND CLASSIFIED AD SERVICES

27.     craigslist allows users to review or post online local classified advertisements for various categories of products and services on the craigslist website.

28.     The website is organized first by geographic area, and then by category of product or service within a geographic area.  This organizational system ensures that craigslist remains a *localized* service so buyers know they will find products and services available in their communities.  It also ensures that craigslist remains an *efficient* service so buyers' searches for particular types of products and services are not littered with irrelevant postings.

29.     The categories within each geographic area (for example, jobs, personals, housing, furniture, cars, clothes, and vehicles) are displayed on discrete webpages as lists of posted ads.

30.     An ad appears in a category list identified by a descriptive title created by the user who posted the ad.

31.     When a new ad is posted, it is automatically placed at the top of the selected category list in the chosen geographic area.  Existing ads move progressively lower in the list as new ads are posted at the top.

32.     This prioritization was implemented by craigslist as a simple method to achieve fair and efficient service to both buyers and sellers using craigslist.  Every seller's ad receives initial positioning at the top of its list, and buyers seeking a product or service within a category see the most current ads first.

## C.     CRAIGSLIST'S TOUs

33.     craigslist's services and the craigslist website are governed by TOUs.  The TOUs are posted on the craigslist website, and users must affirmatively accept the TOUs to post ads on craigslist and to create an account on craigslist.

34.     The TOUs grant users a limited, revocable, nonexclusive license to access the craigslist website and use craigslist's services.  The license limits the authorized uses of the website and services, and identifies types of uses that are not authorized.

35.     The TOUs also set out penalties for particular violations of their terms and the craigslist's license.

36.     At all times relevant, the TOUs have, without limitation, prohibited the following activities:

- Repeatedly posting the same or similar content;
- Posting the same item or service in more than one category;
- Posting the same item or service in more than one geographic area;
- Posting ads on behalf of others, causing ads to be posted on behalf of others, and accessing craigslist services to facilitate posting ads on behalf of others;
- Using a Posting Agent (a third-party agent, service, or intermediary that offers to post content to craigslist on behalf of others) to post ads;

- Attempting to gain unauthorized access to craigslist's computer systems or engaging in any activity that disrupts, diminishes the quality of, interferes with the performance of, or impairs the functionality of, craigslist's services or the craigslist website;

- Using any automated device or computer program that enables postings without each posting being entered manually (an "automated posting device"), including, without limitation, the use of any automated posting device to submit postings in bulk;

- Making available content that uses automated means (e.g., spiders, robots, crawlers, data mining tools, and the like) to download data from craigslist; and

- Sending unsolicited email advertisements to craigslist email addresses or through craigslist computer systems.

37.     The TOUs are attached to this Complaint as Exhibit A and incorporated into the Complaint as if fully set forth herein.

**D.     POSTING ADS ON CRAIGSLIST**

38.     At the outset, a visitor to the craigslist website must select the geographic area in which they wish to find or post an ad.

39.     Upon clicking the selected geographic area option, the user is presented with a webpage specific to that geographic area.  From that webpage, a user seeking to post an ad must click a link titled "post to classifieds."

40.     The user then chooses the type of posting they want to place from a list presented by craigslist for that geographic area (for example, job offered, housing offered, housing wanted, for sale, item wanted, personal/romance, or community).  A yellow highlighted notice at the top of this webpage reminds users, as stated in the TOUs, that "cross-posting to multiple cities or categories is not allowed."

41.     After selecting the type of posting, the user is presented with a list of categories for posting ads in that geographic area (for example, categories under "for sale" ads include, without limitation, auto parts, bicycles, boats, collectibles, electronics, jewelry, musical instruments, and tools), and must select the appropriate category for his or her ad.

42.     After selecting the appropriate category, the user specifies from a list the nearest location within the geographic area, but a notice at the top of this webpage also alerts the users

that "*there is no need to cross-post to more than one area - doing so may get you flagged and/or blocked - thanks!*"

43.     On the subsequent page, the user creates the title, price, description and other details for the ad, and provides an email address for replies to the ad.  (craigslist anonymizes the email address when the ad is posted and relays replies to the user's genuine email address.)

44.     After verifying the content of the ad, the user is required to affirmatively accept craigslist's TOUs before the ad is posted.

45.     If the user chooses to decline the TOUs, the ad is not posted.

46.     If the user accepts the TOUs, the user receives a screen display that requires the user to respond to a CAPTCHA challenge (explained below).  If the CAPTCHA challenge is successfully completed, an email is sent to the user's email address with links that allow the user to finally post, edit or delete the ad.

47.     To help users manage ads for different products and services, craigslist enables users to create an account with craigslist.

48.     To create a craigslist account, a user must provide a valid email address and affirmatively accept craigslist's TOUs.

49.     Users with a craigslist account can post ads through an abbreviated process using their account.

**E.     CRAIGSLIST SECURITY MEASURES**

50.     craigslist employs a number of security measures to protect the craigslist website, the integrity and operation of craigslist's systems and services, and craigslist users.

51.     One measure is the creation of temporary, anonymous email addresses for replies to ads posted by users.

52.     craigslist assigns a unique craigslist email address, in the form of <u>sale-xxxxxxxx@craigslist.org</u>, to each advertisement posted by a user.  Emails sent to this craigslist email address are automatically forwarded by craigslist to the user's personal email address (provided when the user posts the ad or creates a craigslist account).

53.     This system avoids publication of users' personal email addresses, but still allows users to receive replies in their personal email accounts.  It protects users' privacy and makes it more difficult for spammers to obtain users' email addresses.

54.     Another security measure employed by craigslist is the use of a verification program commonly known as CAPTCHA ("Completely Automated Public Turing test to tell Computers and Humans Apart").  CAPTCHA is designed to ensure that a human, not a machine, completes a certain task.

55.     craigslist uses a CAPTCHA to ensure that ads are posted manually (as required by the TOUs) and not by automated means.

56.     When a user creates an account or posts an ad, the user is presented with a webpage displaying a challenge-response test that appears in the form of a box containing partially obscured characters that the user must type into a designated box – this is the CAPTCHA.  As shown in the example below, in craigslist's CAPTCHA, the characters of words are obscured so a person can read them, but computer programs, bots and other automated devices usually cannot.

 

57.     If the CAPTCHA is not timely solved, the post or creation of an account on craigslist cannot be completed.

58.     A further security measure employed by craigslist is telephone verification.

59.     This measure is designed to prevent repetitious, unauthorized, unlawful and abusive postings on craigslist by requiring a valid telephone number in order to post ads in certain categories.

60.     When telephone verification is mandated, craigslist requires the user to enter a valid telephone number in a specified box on the craigslist website.  craigslist then sends a

temporary passcode to that telephone number, and the user must enter the temporary password on the craigslist website.  Once a telephone number has been verified, it may be used to post ads to craigslist.  craigslist periodically requires re-verification of these accounts.

61.     If the telephone number is not verified, the post cannot be completed.

62.     craigslist also uses various technological tools to detect and remove ads that have been abusively cross posted in multiple categories or multiple areas, or that are repetitively posted to stay at or near the top of a chosen list or lists.

**F.     CRAIGSLIST'S COPYRIGHTS**

63.     As noted at the outset, craigslist is committed to providing users with an easy-to-understand, easy-to-navigate forum to post and locate ads in local communities.  To that end, the craigslist website provides uncluttered interfaces and displays for user input, searches and results.

64.     craigslist's website is, by design, uniquely distinctive in its clarity, composition and simplicity.  Among the significant unique elements of the craigslist's website are the clear and simple craigslist account registration and log in features, and the clear and simple post to classified features.

65.     The website is a badge of craigslist's promise to provide local online marketplace communities that are predominantly free, friendly and easy to use.  The simplicity and clarity of the craigslist website are fundamental to craigslist's reputation and garner substantial and valuable goodwill with users.

66.     As an online venture, the intellectual property related to the craigslist website is a vital asset to craigslist.

67.     craigslist's website is a work of authorship protected by copyright law.

68.     craigslist owns all right, title and interest, including copyrights, in and to its website, including, but not limited to, the post to classifieds, account registration and account log in expressions and compilations.

69.     The craigslist website displays copyright notices.

70.     craigslist has registered copyrights in its website, including, but not limited to, the post to classifieds, account registration and account log-in features of the website.  These registrations include:

| Reg. No. | Reg. Date | Title |
|---|---|---|
| TX0006866660 | September 19, 2008 | Accounts.craigslist.org 2004. |
| TX0006866658 | September 19, 2008 | Accounts.craigslist.org 2008. |
| TX0006866657 | September 19, 2008 | Craigslist website 2006. |
| TX0006866662 | September 19, 2008 | Post.craigslist.org 2004. |
| TX0006866661 | September 19, 2008 | Post.craigslist.org 2008. |

## G.     CRAIGSLIST'S TRADEMARKS

71.     craigslist also carefully protects its trademarks.

72.     craigslist owns common law rights in the CRAIGSLIST mark.

73.     craigslist is also the owner of U.S. federal registrations nos. 2395628, 2905107, 2985065, and 3008562 for the CRAIGSLIST mark, covering, *inter alia*, "[a]dvertising and information distribution services," "online interactive bulletin boards for transmission of messages among computer users concerning classified listings," and "on-line computer data bases and on-line searchable databases featuring information, classified listings and announcements." craigslist has also registered the CRAIGSLIST mark in many other countries throughout the world.

74.     CRAIGSLIST has been used in commerce by craigslist since 1995.  craigslist's use has been substantially continuous and exclusive.

75.     craigslist has attained strong name recognition in the CRAIGSLIST mark.  The mark has come to be associated with craigslist and identifies craigslist as the source of advertising, information, bulletin board and database services offered in connection with the mark.

76.     craigslist has also developed substantial goodwill in the CRAIGSLIST mark.

77.     As noted previously, the craigslist website is one of the most visited websites in the world, and, in the United States alone, the craigslist website is visited by more than 30 million users each month.

78.     craigslist considers the CRAIGSLIST mark among its most important and valuable assets.

**H.     ILLICIT POSTING SOFTWARE AND SERVICES**

79.     Illicit auto-posting software and services threaten craigslist's simple, fair and efficient classified ad posting and listing system.  Auto-posting software and services enable craigslist users to repetitiously post duplicative ads within a category on craigslist to keep the ad at or near the top of the category list.  They also enable postings in multiple categories on craigslist and in multiple geographic areas.

80.     Auto-posting software and services load craigslist's classified ad services with hundreds or thousands, or more, ads that are redundant, miscategorized and/or mislocated.

81.     Repetitious posting of an ad, posting an ad in multiple categories, and posting an ad in more than one geographic area are all prohibited by the craigslist TOUs.  The TOUs also expressly prohibit the use of any automated posting devices, including, but not limited to computer programs, that enable posting ads without manually entering each one.

82.     Auto-posting disrupts craigslist's services by clogging craigslist categories with numerous advertisements for the same products or services or ads for irrelevant products or services.  Auto-posting activities degrade craigslist user experiences and cause harm to craigslist's reputation as a fast, efficient, and fair platform for sellers to advertise and buyers to locate local items and services.

83.     For example, auto-posting impairs the efficiency and ease-of-use of craigslist services for legitimate users by causing category lists to display duplicative ads that users are forced to sift through to find legitimate ads.  Ads that are repeatedly auto posted also inequitably displace new ads legitimately placed at the top of a category list.  Additionally, auto-posting ads in multiple categories or multiple geographic areas subverts users' expectations that they will find

1    only ads regarding particular products or services within a certain category and that they will find

2    only ads for *local* products or services within a given geographic area.

3         84.    Auto-posting imposes heavy burdens on craigslist's computer systems and

4    personnel.  It creates heightened demands on craigslist's computers and systems, and causes

5    craigslist to expend time and resources and to incur additional costs in order to provide its users

6    with reliable, efficient service.  But for craigslist's efforts and expenditures to thwart auto-posting

7    and its impacts, auto-posting would cause craigslist's computers and systems to operate

8    inefficiently, take longer to respond to legitimate users' requests, and become overwhelmed and

9    potentially fail.

10        85.    To continue to profit from their sale of unauthorized, unlawful auto-posting

11   software and services despite craigslist's effort to bar them, Defendants intentionally circumvent

12   technological security measures implemented by craigslist to stop auto-posting.  They have

13   circumvented tracking systems, CAPTCHAs, and telephone verification, among others.  Indeed,

14   whenever craigslist implements a new preventive measure, Defendants appear deterred only as

15   long as it takes them to devise furtive means to circumvent the new measure.

16   **I.    DEFENDANTS' AUTO-POSTING SOFTWARE AND SERVICES**

17        86.    Defendants, operating www.adsoncraigs.com, sell "automated posting devices" as

18   defined in craigslist's TOUs.  They sell computer software, entitled the "CL Auto Poster," and

19   other automated devices and related services that enable the submission of postings on craigslist

20   without each posting being entered manually, including, but not limited to, the automated

21   submission of postings in bulk that circumvent craigslist security measures, including, but not

22   limited to, CAPTCHAs and telephone verification.

23        87.    Defendants' website at www.adsoncraigs.com advertises the "CL Auto Poster" as

24   **"THE #1 BEST SELLING CRAIGSLIST AUTOPOSTER!"**  (Emphasis in original.)

25   Defendants advertise that the CL Auto Poster has the following features:

26        •    Manage and post multiple ads in multiple categories with body and title

27             randomization features.

28

- Craigslist account support - Post and delete with one or unlimited Craigslist Accounts!
- Optional post in all cities and categories
- Auto accept the terms of use
- Generate reports on what postings were posted when and failed postings with links to EDIT delete each POST!
- Automatic CAPTCHA bypass available!

88.     Defendants charge customers $67.00 for the "CL Auto Poster Standard" and $99.00 for the "CL Auto Poster Professional."

89.     Defendants also sell many Add-on features that were designed to circumvent craigslist's security measures.

90.     Defendants sell a "Word-Verification CAPTCHA Bypass" for $99.00, which circumvents CAPTCHA technology to allow the user to post ads without the need for the user to respond to the CAPTCHA security challenge on the craigslist webpage.

91.     Defendants sell an "Automatic Posting Scheduler" for $99.00, which automatically posts ads to craigslist at the intervals determined by the customer.

92.     Defendants sell an "Automatic Repost Add-on" for $99.00, which determines if an ad has already been posted and automatically reposts it for the user.

93.     Defendants sell an "Auto Re-Dialer Add-on" for $99.00, which automatically redials customers' internet service providers to obtain new IP addresses and which thwarts craigslist's efforts to identify postings that originate from the same user.

94.     Defendants sell a "CL Emailer" for $99.00, which automatically extracts email addresses from craigslist and sends messages to those addresses.  The use of an automated device to scrape email addresses from craigslist violates craigslist's TOUs and is not authorized by craigslist.  The indiscriminate collection and use of email addresses regardless of whether the users have indicated that it is not acceptable to contact them for any commercial purpose violates craigslist's TOUs and is not authorized by craigslist.

FIRST AMENDED COMPLAINT

1      95.     In addition, Defendants sell "Craigslist Verified Accounts," which thwart

2  craiglist's telephone verification.

3      96.     Defendants tout that the "Craigslist Verified Accounts" they sell are:

4          •       Verified and ready to use

5          •       Guaranteed for use

6          •       Created from different IP Addresses

7          •       Created with different phone numbers

8      97.     Defendants sell 20 phone verified accounts for $300 and 100 phone verified

9  accounts for $900.

10     98.     On information and belief, Defendants accessed and copied the craigslist website

11 (including, but not limited to, creation of cached copies of the website) to develop, test,

12 implement, use and provide their "CL Auto Poster," and other auto-posting software, programs,

13 devices and services.

14     99.     These acts of access and copying were unauthorized or in excess of authorized

15 access to the craigslist website, services, computers and systems.

16     100.    On information and belief, Defendants continue to access and copy the craigslist

17 website (including, but not limited to, creation of cached copies of the website) to operate,

18 maintain and update their auto-posting software, programs, devices and services.

19     101.    These acts of access and copying were and are unauthorized or in excess of

20 authorization to the craigslist website, services, computers and systems.

21     102.    On information and belief, Defendants were required to affirmatively agree to and

22 accept, and did affirmatively agree to and accept, craigslist's TOUs at one or more times when

23 they accessed the craigslist website and ad posting services.

24     103.    On information and belief, each time Defendants affirmatively accepted and

25 agreed to abide by craigslist's TOUs, Defendants intended to violate the TOUs and concealed

26 their intent to violate the TOUs from craigslist.

27     104.    Defendants' actions are knowing, intentional, willful, malicious and fraudulent.

28

FIRST AMENDED COMPLAINT

105.    On information and belief, Defendants do not disclose to their customers that their services are unlawful and violate the craigslist TOUs.

106.    Defendants knowingly, willfully, intentionally, fraudulently and maliciously induce, encourage and assist craigslist users to abuse craigslist systems and services and violate the craigslist TOUs.

**J.    DEFENDANTS' USE OF THE "CRAIGSLIST" MARK**

107.    Defendants without authorization have used the famous "CRAIGSLIST" mark in commerce to advertise their unlawful software and services on the Internet in a manner likely to confuse consumers as to their association, affiliation, endorsement or sponsorship with or by craigslist.

108.    Defendants' unauthorized use of the "CRAIGSLIST" mark includes, but is not limited to, display of the mark in the text and in the headings of sponsored links on Internet search engines.

109.    For example, Defendants have used the CRAIGSLIST mark in the following sponsored link advertisement on the Google search engine.

Craigslist **Auto Poster**
www.adson**craigs**.com    The worlds Best Selling Craigslist software.
Works with new CAPTCHA!

110.    Defendants' use of the CRAIGSLIST mark causes confusion and mistake and is likely to deceive customers and potential customers regarding the origin, affiliation, association, connection and/or endorsement of Defendants' auto-posting products and services, Defendants' website, and/or Defendants with or by craigslist.

111.    At no time has craigslist authorized or consented to Defendants' use of the CRAIGSLIST mark or any other craigslist intellectual property.

112.    At no time has craigslist had any association, affiliation or connection with, or endorsed Defendants' products or services, Defendants' website, or Defendants.  Specifically, Defendants' software and services are *not* authorized, approved, endorsed, or sponsored by, or associated, affiliated, or connected with craigslist, and Defendants and their website are *not*

FIRST AMENDED COMPLAINT

authorized, approved, endorsed, or sponsored by, or associated, affiliated, or connected with craigslist.

113.    In using the CRAIGSLIST mark, Defendants have willfully and deliberately sought to profit from craigslist's pre-established goodwill and reputation.

## K.    CRAIGSLIST'S INJURIES

114.    Defendants' actions and activities burden, interfere with and harm craigslist's systems, services, and resources; burden, interfere with and harm the use of craigslist by legitimate users; burden, interfere with and harm craigslist's relationship, reputation and goodwill with legitimate users; and violate numerous provisions of the TOUs.

115.    Defendants have caused craigslist to incur substantial costs to investigate, remediate, prevent and combat Defendants' auto-posting software, programs, devices and services and Defendants' unauthorized access to and use of craigslist's systems and services, and to investigate, remediate and prevent harm to craigslist's computer systems and services caused by the Defendants.

116.    For example, the increased load and burden on craigslist's servers, and the burden on craigslist's personnel resources to develop counter measures, investigate incidents, remove unauthorized ads, and address user complaints as a result of auto-posting, cost craigslist well in excess of $5,000 per year.

117.    Damages and losses incurred by craigslist include, without limitation, interference with craigslist's load balancing; interference with proper and efficient service to legitimate users; requiring craigslist to undertake extraordinary actions to monitor and enhance website infrastructure; and significantly increasing costs of data storage, troubleshooting, customer service, and system maintenance.

118.    Furthermore, the harm to craigslist's relationships, reputation and goodwill with legitimate users is real and irreparable.

119.    For example, users have blamed craigslist for interference with the fair and efficient operation of craigslist services caused by illicit auto-posting, and have accused craigslist of conspiring with parties responsible for auto-posting, like Defendants.  Users who become

1  frustrated by auto-posting abuses on craigslist may stop using craigslist and never return.  Such

2  injuries to craigslist cannot be compensated by monetary damages and are irreparable.

3       120.    In a further effort to deter precisely the kind of activity in which Defendants are

4  engaged, the craigslist TOUs include a liquidated damages provision to compensate craigslist for

5  harm and injury from certain unauthorized and prohibited activities.

6       121.    Under the TOUs' liquidated damages provision, as a result of their violations,

7  Defendants are liable to craigslist for, among other relief and remedies, the following amounts:

8       • $1,000 for each post or message that impersonated any person or entity, or falsely
          stated the affiliation of the sender with another person or entity;

9

10      • $100 for each message posted in excess of limits established by craigslist or each
          day that craigslist is accessed after craigslist terminates access to or use of the
          service; and

11

12      • $100 for each and every item posted by a posting agent.

13      122.    craigslist is entitled to an injunction to stop Defendants' unlawful activities and the

14  irreparable harm they are causing craigslist.  craigslist is also entitled to monetary damages,

15  including, but not limited to, liquidated damages, to compensate for the quantifiable harm and

16  injury Defendants have caused and continue to cause craigslist.

17                    **VI.    CLAIMS FOR RELIEF**

18                    **FIRST CLAIM FOR RELIEF**
                      **COPYRIGHT INFRINGEMENT**
19                **(DIRECT, VICARIOUS AND CONTRIBUTORY)**
                      **17 U.S.C. § 101, *ET SEQ.***
20

21      123.    craigslist realleges and incorporates by reference all of the preceding paragraphs.

22      124.    craigslist owns and has registered copyrights in its website and specific portions

23  thereof**.**

24      125.    Defendants had and have access to craigslist's website.

25      126.    Defendants have copied and/or created derivative works from craigslist's website

26  and/or portions thereof, and continue to do so.

27      127.    Defendants' copies and/or derivative works are substantially similar to craigslist's

28  original copyright-protected website.

128. The copies and/or derivative works created by Defendants are unauthorized.

129. At all times relevant, Defendants obtained a direct financial benefit from the infringement and had the right and ability to control the infringing conduct, and/or intentionally induced, encouraged, caused or materially contributed to the infringement.

130. The foregoing acts of Defendants constitute direct infringement, vicarious infringement and/or contributory infringement of craigslist's exclusive rights in its copyrighted works under 17 U.S.C. § 106.

131. Upon information and belief, Defendants' actions were and are intentional, willful, wanton and performed in disregard of craigslist's rights.

132. craigslist has been and will continue to be damaged, and Defendants have been unjustly enriched, by Defendants' unlawful infringement of craigslist's copyrighted works in an amount to be proven at trial.

133. Defendants' conduct also has caused irreparable and incalculable harm and injuries to craigslist, and, unless enjoined, will cause further irreparable and incalculable injury, for which craigslist has no adequate remedy at law.

134. craigslist is entitled to the relief provided by 17 U.S.C. §§ 502-505, including, but not limited to, injunctive relief, an order for the impounding and destruction of all Defendants' infringing copies and/or derivative works, compensatory damages (including, but not limited to actual damages and/or Defendants' profits), statutory damages, punitive damages, and craigslist's costs and attorneys' fees in amounts to be determined at trial.

**SECOND CLAIM FOR RELIEF**
**VIOLATION OF THE DIGITAL MILLENNIUM COPYRIGHT ACT ("DMCA")**
**17 U.S.C. § 1201, *ET SEQ.***

135. craigslist realleges and incorporates by reference all of the preceding paragraphs.

136. craigslist has registered copyrights in its website and specific portions thereof.

137. craigslist employs numerous technological measures, including, but not limited to, identification of recurrent IP addresses, CAPTCHAs, and telephone verification systems, to effectively protect and control access to and use of its copyrighted website and/or portions thereof.

138.   Defendants have circumvented and are circumventing technological measures that effectively control access to craigslist's copyrighted website and/or portions thereof.

139.   On information and belief, Defendants manufacture, import, provide, offer to the public, or otherwise traffic in technology, products, services, devices, components, or parts thereof, that are primarily designed or produced for the purpose of circumventing technological measures and/or protection afforded by technological measures that effectively control access to craigslist's copyrighted website and/or portions thereof.

140.   On information and belief, Defendants' technology, products, services, devices, components, or parts thereof have limited or no commercially significant purpose or use other than to circumvent technological measures that effectively control access to the craigslist website and/or portions thereof.

141.   On information and belief, Defendants and/or others acting in concert with Defendants market such technology, products, services, devices, components, or parts thereof with Defendants' knowledge for use in circumventing technological measures that effectively control access to the craigslist website and/or portions thereof.

142.   craigslist has been and will continue to be damaged in an amount not presently known with certainty, but which will be proven at trial.

143.   Defendants' conduct also has caused irreparable and incalculable harm and injuries to craigslist, and, unless enjoined, will cause further irreparable and incalculable injury, for which craigslist has no adequate remedy at law.

144.   craigslist is entitled to the range of relief provided by 17 U.S.C. §§ 1201-1203, including, but not limited to, injunctive relief, compensatory damages or statutory damages, punitive damages, and craigslist's costs and attorneys' fees in amounts to be proven at trial.

### THIRD CLAIM FOR RELIEF
**VIOLATION OF COMPUTER FRAUD AND ABUSE ACT**
**18 U.S.C. § 1030**

145.   craigslist realleges and incorporates by reference all of the preceding paragraphs.

1     146.    craigslist's computers are involved in interstate and foreign commerce and

2  communication, and are protected computers under 18 U.S.C. § 1030(e)(2).

3     147.    On information and belief, Defendants intentionally accessed craigslist's

4  computers without authorization or in excess of authorized access, and through interstate or

5  foreign communication, obtained information from craigslist's computers in violation of the

6  Computer Fraud and Abuse Act ("CFAA"), 18 U.S.C. § 1030(a)(2)(C).

7     148.    On information and belief, Defendants knowingly and with intent to defraud,

8  accessed craigslist's computers without authorization or in excess of authorized access, and

9  thereby furthered the intended fraud and obtained services of value (other than use of the

10  computers) in violation of the CFAA, 18 U.S.C. § 1030(a)(4).

11     149.    On information and belief, Defendants intentionally accessed craigslist's

12  computers without authorization and caused and/or recklessly caused damage in violation of the

13  CFAA, 18 U.S.C. § 1030(a)(5)(A)(ii) and (iii).

14     150.    Defendants' actions have caused loss to one or more persons, including, but not

15  limited to, craigslist, in a one year period aggregating at least $5,000 in value in accordance with

16  the CFAA, 18 U.S.C. § 1030(a)(5)(B)(i).

17     151.    Defendants' conduct has also caused irreparable and incalculable harm and injuries

18  to craigslist, and, unless enjoined, will cause further irreparable and incalculable injury, for which

19  craigslist has no adequate remedy at law.

20     152.    Under the CFAA, 18 U.S.C. § 1030(g), craigslist is entitled to injunctive relief,

21  compensatory damages, and other equitable relief.

22

### FOURTH CLAIM FOR RELIEF
### VIOLATION OF CAL. PEN. CODE § 502

23

24     153.    craigslist realleges and incorporates by reference all of the preceding paragraphs.

25     154.    craigslist is the owner or lessee of the computers, computer systems, computer

26  network, computer programs, and data that operate the craigslist website and services.

27

28

155.   Defendants have knowingly accessed and without permission used craigslist data, computers, computer systems and/or computer network in order to devise and/or execute a scheme to defraud and deceive in violation of California Penal Code § 502(c)(1).

156.   Defendants have knowingly accessed and without permission taken, copied, and/or made use of data from craigslist computers, computer systems and/or computer network in violation of California Penal Code § 502(c)(2).

157.   Defendants have knowingly and without permission used or caused to be used craigslist's computer services in violation of California Penal Code § 502(c)(3).

158.   Defendants have knowingly and without permission accessed and added data to craigslist computers, computer systems and/or computer network in violation of California Penal Code § 502(c)(4).

159.   Defendants have knowingly and without permission disrupted or caused the disruption of craigslist's computer services and/or have knowingly and without permission denied or caused the denial of computer services to authorized users of craigslist's computers, computer services and/or computer network in violation of California Penal Code §502(c)(5).

160.   Defendants have knowingly and without permission provided or assisted in providing a means of accessing craigslist computers, computer systems, and/or computer network in violation of California Penal Code § 502(c)(6).

161.   Defendants have knowingly and without permission accessed or caused to be accessed craigslist computers, computer systems, and/or computer network in violation of California Penal Code § 502(c)(7).

162.   craigslist has suffered and continues to suffer damage as a result of Defendants' violations of the California Penal Code § 502 identified above.

163.   Defendants' conduct also has caused irreparable and incalculable harm and injuries to craigslist (including, but not limited to, craigslist's reputation and goodwill), and, unless enjoined, will cause further irreparable and incalculable injury, for which craigslist has no adequate remedy at law.

164.     Defendants willfully violated California Penal Code § 502 in disregard and derogation of craigslist's rights and the rights of legitimate craigslist users, and their actions as alleged above were carried out with oppression, fraud and malice.

165.     Pursuant to California Penal Code § 502(e), craigslist is entitled to injunctive relief, compensatory damages, punitive or exemplary damages, attorneys' fees, costs and other equitable relief.

**FIFTH CLAIM FOR RELIEF**
**TRADEMARK INFRINGEMENT, 15 U.S.C. §§ 1114 AND 1125(a)**

166.     craigslist realleges and incorporates by reference all of the preceding paragraphs.

167.     craigslist owns U.S. federal registrations nos. 2395628, 2905107, 2985065, and 3008562 for the CRAIGSLIST mark.  These registrations are in full force and effect and are enforceable.

168.     At all times relevant, Defendants exercised ownership or control over sponsored links and other online advertising for their products, services and website, and knowingly cooperated in and/or induced, encouraged, enabled or aided the infringement of craigslist's trademark rights in sponsored links and other online advertising for their products, services and website.

169.     Defendants' use of the CRAIGSLIST mark in interstate commerce is likely to cause consumer confusion or to cause mistake or to deceive as to the origin of the products and services offered and sold by Defendants and as to their affiliation, connection, or association with and/or endorsement or approval by craigslist.

170.     The foregoing acts of Defendants constitute false designation of association, affiliation, connection, endorsement and/or approval under 15 U.S.C. § 1125(a), and/or vicarious or contributory infringement of craigslist's rights under 15 U.S.C. § 1125(a).

171.     Defendants' actions also constitute the use in interstate commerce of a reproduction, counterfeit, copy, or colorable imitation of a registered trademark of craigslist in connection with the sale, offering for sale, distribution, or advertising of goods or services on or

1    in connection with which such use is likely to cause confusion or mistake, or to deceive, in

2    violation of 15 U.S.C. § 1114.

3        172.    Upon information and belief, Defendants have engaged in such false designation

4    of origin, association, affiliation, connection, endorsement and/or approval knowingly, willfully,

5    deliberately, and in conscious disregard of craigslist's rights, making this an exceptional case

6    within the meaning of 15 U.S.C. § 1117.

7        173.    craigslist has been damaged and will continue to be damaged, and Defendants

8    have been unjustly enriched, by such unlawful conduct in an amount to be proven at trial.

9        174.    In addition, Defendants' conduct described herein has caused and, if not enjoined

10   will continue to cause, irreparable damage to craigslist's rights in its marks, and to the business,

11   positive reputation and goodwill of craigslist, which cannot be adequately compensated solely by

12   monetary damages.  craigslist therefore has no adequate remedy at law and seeks permanent

13   injunctive relief pursuant to 15 U.S.C. § 1116.

14                        **SIXTH CLAIM FOR RELIEF**
                  **TRADEMARK INFRINGEMENT UNDER CALIFORNIA LAW**
15

16       175.    craigslist realleges and incorporates by reference all of the preceding paragraphs.

17       176.    craigslist owns common law rights in the CRAIGSLIST mark that date back to

18   1995.

19       177.    The acts and conduct of Defendants as alleged in the CLAIM FOR RELIEF

20   immediately above constitute trademark infringement under the common law of California.

21       178.    As a direct and proximate result of Defendants' conduct, craigslist has been

22   damaged in an exact amount to be proven at trial.

23                     **SEVENTH CLAIM FOR RELIEF**
                            **BREACH OF CONTRACT**
24

25       179.    craigslist realleges and incorporates by reference all of the preceding paragraphs.

26       180.    Use of the craigslist website and use of craigslist services are governed by and

27   subject to the TOUs.

28

181.    At all relevant times, the main craigslist homepage and the homepage for each geographic region have provided links to the TOUs.

182.    In addition, users are presented with the TOUs and must affirmatively accept the TOUs to register for a craigslist account to post ads.

183.    In addition, users are presented with the TOUs and must affirmatively accept the TOUs before they can post an ad without an account.

184.    On information and belief, Defendants affirmatively accepted and agreed to the TOUs.

185.    On information and belief, Defendants have repeatedly accessed and used craigslist's website and services, and thereby accepted the TOUs.

186.    On information and belief, Defendants affirmatively accepted the TOUs by clicking the "ACCEPT the terms of use" option (not the "DECLINE the terms of use" option) when they set up accounts on craigslist.

187.    On information and belief, Defendants affirmatively accepted the TOUs by clicking the "ACCEPT the terms of use" option (not the "DECLINE the terms of use" option) when they posted ads on craigslist.

188.    The TOUs are binding on Defendants.

189.    Defendants' actions, as described above, have willfully, repeatedly and systematically breached the TOUs.

190.    craigslist has performed all conditions, covenants, and promises required of it in accordance with the TOUs.

191.    Defendants' conduct has damaged craigslist, and caused and continues to cause irreparable and incalculable harm and injury to craigslist.

192.    craigslist is entitled to injunctive relief, compensatory damages, liquidated damages under the TOUs, attorneys' fees, costs and/or other equitable relief.

**EIGHTH CLAIM FOR RELIEF**
**INDUCING BREACH OF CONTRACT**

193.    craigslist realleges and incorporates by reference all of the preceding paragraphs.

194.    craigslist's TOUs constitute a valid and existing contract between craigslist and craigslist users.

195.    Defendants had knowledge of the TOUs and of the valid and existing contract between craigslist and craigslist users created by the TOUs.

196.    Defendants intended to induce users to breach their contract with craigslist.

197.    Users who were induced to utilize Defendants' products and services did in fact breach the TOUs by acts, including, but not limited to:

- Repeatedly posting the same or similar content;
- Posting the same item or service in more than one category;
- Posting the same item or service in more than one geographic area;
- Gaining unauthorized access to craigslist's computer systems; and
- Using "automated posting devices" to post to craigslist.

198.    These breaches of the TOUs were caused by Defendants' unjustified and wrongful conduct.

199.    Defendants' conduct has damaged craigslist, and caused and continues to cause irreparable and incalculable harm and injury to craigslist.

200.    craigslist is entitled to injunctive relief, compensatory damages, liquidated damages under the TOUs, attorneys' fees, costs and/or other equitable relief.

201.    craigslist is informed and believes that Defendants' conduct was undertaken with the intent to injure craigslist, or with a willful and conscious disregard of craigslist's rights, and constitutes clear and convincing evidence of oppression, fraud and malice under California Civil Code § 3294.  As a result, craigslist is entitled to an award of punitive damages against Defendants in an amount sufficient to deter them from future misconduct.

### NINTH CLAIM FOR RELIEF
### INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS

202.    craigslist realleges and incorporates by reference all of the preceding paragraphs.

203.    craigslist's TOUs constitute a valid and existing contract between craigslist and craigslist users.

1    204.    Defendants had knowledge of the TOUs and of the valid and existing contract

2    between craigslist and craigslist users created by the TOUs.

3    205.    Defendants committed intentional and unjustified acts designed to interfere with or

4    disrupt the contract between craigslist and craigslist users.

5    206.    Defendants caused actual interference with or disruption of relationships between

6    craigslist and craigslist users.

7    207.    Defendants' conduct has damaged craigslist, and caused and continues to cause

8    irreparable and incalculable harm and injury to craigslist.

9    208.    craigslist is entitled to injunctive relief, compensatory damages, liquidated

10    damages under the TOUs, attorneys' fees, costs and/or other equitable relief.

11    209.    craigslist is informed and believes that Defendants' conduct was undertaken with

12    the intent to injure craigslist, or with a willful and conscious disregard for craigslist's rights, and

13    constitutes clear and convincing evidence of oppression, fraud and malice under California Civil

14    Code § 3294.  As a result, craigslist is entitled to an award of punitive damages against

15    Defendants in an amount sufficient to deter them from future misconduct.

16                                    **TENTH CLAIM FOR RELIEF**
                                              **FRAUD**

17

18    210.    craigslist alleges and incorporates by reference all of the preceding paragraphs.

19    211.    On information and belief, Defendants have repeatedly accessed and used

20    craigslist's website and services, including, but not limited to, the post to classified, account

21    registration and account log in portions and services of the website, and, in doing so, represented

22    to craigslist that they would comply with the TOUs, and thus that they would not, among other

23    things, use automated devices, post duplicative ads, post ads in multiple categories or multiple

24    geographic areas, or otherwise abuse or interfere with the website or services.

25    212.    On information and belief, Defendants affirmatively accepted the TOUs by

26    clicking the "ACCEPT the terms of use" option (not the "DECLINE the terms of use" option)

27    when they set up accounts on craigslist, and thereby expressly represented to craigslist that they

28    would comply with the TOUs, and thus that they would not, among other things, use automated

1   devices, post duplicative ads, post ads in multiple categories or multiple geographic areas, or

2   otherwise abuse or interfere with the website or services.

3       213.   On information and belief, Defendants affirmatively accepted the TOUs by

4   clicking the "ACCEPT the terms of use" option (not the "DECLINE the terms of use" option)

5   when they posted ads on craigslist, and thereby expressly represented to craigslist that they would

6   comply with the TOUs, and thus that they would not, among other things, use automated devices,

7   post duplicative ads, post ads in multiple categories or multiple geographic areas, or otherwise

8   abuse or interfere with the website or services.

9       214.   craigslist reasonably relied on Defendants' representations to provide Defendants

10  with access to portions of the craigslist website and access to certain services offered on the

11  craigslist website.

12      215.   Defendants' representations that they would comply with the TOUs were false.

13      216.   Defendants have accessed and used the craigslist website and services, and, when

14  they accepted the TOUs, they intended to, and did, access and use the craigslist website and

15  services, in violation of the TOUs as described above.

16      217.   On information and belief, when Defendants accepted the TOUs and accessed and

17  used craigslist's website and services, they concealed from craigslist their true intent to violate the

18  TOUs.

19      218.   As a result of Defendants' fraudulent representations and omissions, Defendants

20  obtained information about the structure and operating features of craigslist's website and services

21  to enable them to design, test and operate their auto-posting software and services and related

22  devices.

23      219.   Defendants' conduct has damaged craigslist, and caused and continues to cause

24  irreparable and incalculable harm and injury to craigslist.

25      220.   craigslist is entitled to injunctive relief, compensatory damages, liquidated

26  damages under the TOUs, attorneys' fees, costs and/or other equitable relief.

27      221.   craigslist is informed and believes that Defendants' conduct was undertaken with

28  the intent to injure craigslist, or with a willful and conscious disregard for craigslist's rights, and

1   constitutes clear and convincing evidence of oppression, fraud and malice under California Civil

2   Code § 3294.  As a result, craigslist is entitled to an award of punitive damages against

3   Defendants in an amount sufficient to deter them from future misconduct.

4                        **VII.    PRAYER FOR RELIEF**

5           WHEREFORE, plaintiff craigslist, Inc. prays for the following relief:

6           1.      A preliminary injunction and permanent injunction enjoining and restraining all

7   Defendants, their employees, representatives, agents, and all persons or entities acting in concert

8   with them during the pendency of this action and thereafter perpetually from:

9                   (a)     Manufacturing, developing, creating, adapting, modifying, exchanging,

10  offering, distributing, selling, providing, importing, trafficking in, or using any automated device

11  or computer program (including, but not limited to, any technology, product, service, device,

12  component, or part thereof) that enables postings on craigslist without each posting being entered

13  manually;

14                  (b)     Manufacturing, developing, creating, adapting, modifying, exchanging,

15  offering, distributing, selling, providing, importing, making available, trafficking in, or using

16  content that uses automated means (including, but not limited to, spiders, robots, crawlers, data

17  mining tools, and data scraping tools) to download or otherwise obtain data from craigslist;

18                  (c)     Engaging in any activity that disrupts, diminishes the quality of, interferes

19  with the performance of, or impairs the functionality of, craigslist's services or the craigslist

20  website;

21                  (d)     Copying, distributing, displaying, creating derivative works or otherwise

22  using protected elements of craigslist's copyrighted website (located at www.craigslist.org),

23  including, but not limited to, the website's post to classifieds, account registration and account log

24  in expressions and compilations, and from inducing, encouraging, causing or materially

25  contributing to any other person or entity doing the same;

26                  (e)     Circumventing technological measures that control access to craigslist's

27  copyrighted website and/or portions thereof (including, but not limited to, CAPTCHAs, RE-

28

1   CAPTCHAs, and telephone verification systems), and from inducing, encouraging, causing or

2   materially contributing to any other person or entity doing the same;

3        (f)    Manufacturing, developing, creating, adapting, modifying, exchanging,

4   offering, selling, distributing, providing, creating, importing, trafficking in, or using technology,

5   products, services, devices, components, or parts thereof, that are primarily designed or produced

6   for the purpose of circumventing technological measures and/or protection afforded by

7   technological measures that control access to craigslist's copyrighted website and/or portions

8   thereof, and from inducing, encouraging, causing or materially contributing to any other person or

9   entity doing the same;

10        (g)    Accessing or attempting to access craigslist's computers, computer

11   systems, computer network, computer programs, and data, without authorization or in excess of

12   authorized access, including, but not limited to, creating accounts or posting content on the

13   craigslist website, and from inducing, encouraging, causing, materially contributing to, aiding or

14   abetting any other person or entity to do the same;

15        (h)    Manufacturing, developing, creating, adapting, modifying, exchanging,

16   offering, selling, distributing, providing, importing, trafficking in, purchasing, acquiring,

17   transferring, marketing or using any program, device, or service designed to provide an

18   automated means of accessing craigslist's website, automated means of creating craigslist

19   accounts, or automated means of posting ads or other content on the craigslist's website,

20   including, but not limited to, any program, device, or service that is, in whole or in part, designed

21   to circumvent security measures on the craigslist website;

22        (i)    Repeatedly posting the same or similar content on craigslist, posting the

23   same item or service in more than one category on craigslist, posting the same item or service in

24   more than one geographic area on craigslist, and from inducing, encouraging, causing, assisting,

25   aiding, abetting or contributing to any other person or entity doing the same.

26        (j)    Posting ads on behalf of others, causing ads to be posted on behalf of

27   others, and accessing craigslist to facilitate posting ads on behalf of others;

28

FIRST AMENDED COMPLAINT

1          (k)     Using, offering, selling or otherwise providing a third-party agent, service,

2     or intermediary to post content to craigslist;

3          (l)     Misusing or abusing craigslist, the craigslist website and craigslist services

4     in any way, including, but not limited to, violating the craigslist TOUs;

5          (m)     Accessing or using craigslist's website for any commercial purpose

6     whatsoever; and

7          (n)     Using the CRAIGSLIST mark and any confusingly similar designations in

8     Internet advertisements and otherwise in commerce in any manner likely to confuse consumers as

9     to their association, affiliation, endorsement or sponsorship with or by craigslist.

10        2.     An order requiring Defendants to account for, hold in constructive trust, pay over

11    to craigslist, and otherwise disgorge all profits derived by Defendants from their unlawful

12    conduct and unjust enrichment as permitted by law;

13        3.     An award to craigslist of damages, including, but not limited to, liquidated,

14    compensatory, statutory, and punitive damages, as permitted by law;

15        4.     For an award of prejudgment and post-judgment interest; and

16        5.     An award to craigslist of its costs of suit, including, but not limited to, reasonable

17    attorneys' fees, as permitted by law;

18        6.     For such other relief as the Court deems just and proper.

19

20    DATED: September 29, 2009                    **PERKINS COIE** LLP

21

22                                                By: /s/ Brian Hennessy
                                                     Brian Hennessy (SBN 226721)
23                                                   BHennessy@perkinscoie.com
                                                     Elizabeth L. McDougall (WA Bar No. 27026)
24                                                   EMcDougall@perkinscoie.com

25                                                Attorneys for Plaintiff
                                                  craigslist, Inc.

26

27

28

1

## DEMAND FOR JURY TRIAL

2          Plaintiff hereby demands a jury trial of all issues in the above-captioned action which are

3     triable to a jury.

4

5     DATED:  September 29, 2009                    **PERKINS COIE** LLP

6

7     By: /s/ Brian Hennessy
          Brian Hennessy (SBN 226721)
8         BHennessy@perkinscoie.com
          Elizabeth L. McDougall (WA Bar No. 27026)
9         EMcDougall@perkinscoie.com

10    Attorneys for Plaintiff
      craigslist, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

40753-0043/LEGAL15220321.2                     -32-                          CV 08-05060 SC